JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELO PAPARELLA, an individual, <u>et al.</u>, <br><br>            Plaintiffs, <br><br>        v. <br><br> INSTANT ADR, LLC, <u>et al.</u>, <br><br>            Defendants. | NO. CV 12-7786 FMO (PLAx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      Having been advised by counsel that the above-entitled action has settled, (<u>see</u> Second Joint Stipulation to Continue the Hearing on Plaintiffs' Motion to Dismiss Counterclaim, at 3), IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown, **no later than September 5, 2013**, to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 24th day of July, 2013.

                                           /s/
                                      Fernando M. Olguin
                                  United States District Judge